AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America )<br>v. )<br>Mark Arome OKUO, a/k/a Anthony Terry, a/k/a Mark )<br>Robert, a/k/a Frank Michael; and )<br>Florence Mwende MUSAU, a/k/a Precious Adams, )<br>a/k/a Catherine Muthoki )<br>)<br>*Defendant(s)* | Case No.<br>21-mj-6204 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2018 to May 2020__ in the county of __Suffolk__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit wire and bank fraud |

This criminal complaint is based on these facts:

See attached affidavit of HSI Agent Brendan Cullen

☑ Continued on the attached sheet.

/s/ Brendan Cullen
*Complainant's signature*

Brendan Cullen, Special Agent, HSI
*Printed name and title*

Sworn telephonically in accordance with Fed. R. Crim. P. 4.1

Date: March 22, 2021

*Judge's signature*

City and state: Boston, MA

Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*