UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FLORENCE MWENDE MUSAU,<br><br>Defendant. | Case No. 21-MJ-06204-MPK |

**JOINT MOTION TO CONTINUE DETENTION HEARING**

The United States of America and the defendant, through undersigned counsel, respectfully move this Court to grant a continuance of the detention hearing presently scheduled for Thursday, April 15, 2021 at 2:30pm. In support of this request, the parties state as follows:

1. On March 25, 2021, the defendant was arrested and charged via complaint with conspiracy to commit bank fraud and mail fraud, in violation of 18 U.S.C. § 1349.

2. During the initial appearance, the government moved for detention pursuant to 18 U.S.C. § 3142(f)(2)(A), the Defendant waived her right to a probable cause hearing, and the Defendant temporarily assented to detention pending a detention hearing scheduled for April 15, 2021. *See* ECF No. 9.

3. At this time, the parties jointly move the Court to postpone the detention hearing presently scheduled for April 15, 2021 at 2:30pm, and request that the Court schedule a hearing at the Court's convenience for May 5, 6, or 7, 2021.

|  | Respectfully submitted, |
|---|---|
| FLORENCE MWENDE MUSAU<br>By her attorney, | NATHANIEL R. MENDELL<br>Acting United States Attorney |
| By: /s/ *John A. Amabile*<br>John A. Amabile<br>Amabile & Burkly, P.C.<br>380 Pleasant Street | By: /s/ *Ian Stearns*<br>Ian Stearns<br>Assistant United States Attorney<br>One Courthouse Way, Suite 9200 |

| | |
|---|---|
| Brockton, MA<br>617-559-6966<br>Jamabile@abpclaw.com | Boston, MA 02110<br>617-748-3208<br>Ian.Stearns@usdoj.gov |

Date: April 12, 2021

## RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with counsel for the defendant, and that the parties agree to the relief requested in this motion.

                                                                        */s/ Ian Stearns*
                                                                         Ian Stearns
                                                                         Assistant United States Attorney

Date: April 12, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                       */s/ Ian Stearns*
                                                                         Ian Stearns
                                                                         Assistant United States Attorney

Date: April 12, 2021