UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
UNITED STATES OF AMERICA       )
                               )
        v.                     )
                               )    DOCKET NO. 21-mj-6204-MPK
FLORENCE MWENDE MUSAU          )
        Defendant,             )
_____ )
```

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my notice of appearance in the above numbered matter, on behalf of Florence Mwende Musau

Respectfully submitted,

Dated: 6/4/21

*/s/ Dakota Martin*
Dakota D. Martin
BBO #671288
Dakota Martin Law
One Washington Mall #1106
Government Center
Boston, MA 02108
ddm@dakotamartinlaw.com
t. 617.657.4529| f. 866.503.0882

**CERTIFICATE OF SERVICE**

I certify that on June 4, 2021 a copy of the above document was served on all parties via ECF filing system.

*/s/ Dakota Martin*
Dakota Martin