UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FLORENCE MWENDE MUSAU,<br><br>            Defendant. | Case No. 21-MJ-06204-MPK |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Defendant's appointed counsel respectfully requests leave to withdraw as attorney since the defendant has retained private counsel, Dakota Martin, who has filed an appearance on her behalf.

```
                            Respectfully submitted,
                            FLORENCE MWENDE MUSAU
                            By her attorney,

                            JOHN A. AMABILE
                            B.B.O. No. 016940
                            AMABILE & BURKLY, P.C.
                            380 Pleasant Street
                            Brockton, MA 02301
                            (508) 559-6966
                            jamabile@abpclaw.com
```

## CERTIFICATE OF SERVICE

I hereby declare that I have today filed this document in the above case using the ECF system which shall send notification of such filing to the United States Attorney and all other parties.

                                        */s/ John A. Amabile*
                                        John Amabile
                                        380 Pleasant Street
                                        Brockton, MA  02301
                                        BBO # 016940
                                        (T) 508.559.6966
                                        (F) 508.559.7954
                                        jamabile@abpclaw.com

Dated:  June 9, 2021