UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　v.<br><br>FLORENCE MWENDE MUSAU,<br><br>　　　　Defendant. | Case No. 21-MJ-06204-MPK |

## JOINT MOTION TO CONTINUE DETENTION HEARING

The United States of America and the defendant, through undersigned counsel, respectfully move this Court to grant a continuance of the detention hearing presently scheduled for Thursday, June 17, 2021 at 11:00am. In support of this request, the parties state as follows:

1. On March 25, 2021, the defendant was arrested and charged via complaint with conspiracy to commit bank fraud and mail fraud, in violation of 18 U.S.C. § 1349.

2. During the initial appearance, the government moved for detention pursuant to 18 U.S.C. § 3142(f)(2)(A), the Defendant waived her right to a probable cause hearing, and the Defendant assented to detention without prejudice to seeking her release at a later date. *See* ECF No. 9.

3. On June 9, 2021, the defendant's CJA-appointed counsel moved to withdraw because the defendant retained undersigned counsel. *See* ECF No. 40.

4. At this time, to allow undersigned counsel time to evaluate the case and for the parties to further explore a potential resolution, the parties jointly move the Court to postpone the detention hearing presently scheduled for June 17, 2021, 2021 at 11:00am, and request that the Court schedule a hearing at the Court's convenience for June 29, 2021 or a date thereafter that is convenient to the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| FLORENCE MWENDE MUSAU<br>By her attorney, | NATHANIEL R. MENDELL<br>Acting United States Attorney |
| By: /s/ *Dakota Martin*<br>Dakota D. Martin<br>Dakota Martin Law<br>1 Washington Mall #1106<br>Boston, MA 02108<br>617-680-6574<br>ddm@dakotamartinlaw.com | By: */s/ Ian Stearns*<br>Ian Stearns<br>Assistant United States Attorney<br>One Courthouse Way, Suite 9200<br>Boston, MA 02110<br>617-748-3208<br>Ian.Stearns@usdoj.gov |

Date: June 14, 2021

## RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with counsel for the defendant, and that the parties agree to the relief requested in this motion.

> */s/ Ian Stearns*
> Ian Stearns
> Assistant United States Attorney

Date: June 14, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

> */s/ Ian Stearns*
> Ian Stearns
> Assistant United States Attorney

Date: June 14, 2021